| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939   Fax: (213)388-2411  Fax: Lbishopbk@yahoo.com<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 8:10-bk-10533-RK |
|---|---|
| In re<br><br>Kenny Steve Diaz<br>Janet Diaz<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Kenny Steve Diaz & Janet Diaz** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **1/15/2010**.

2. I am the owner of real property[1] at the following street address:

   **2117 W. West Ave**

   **Fullerton, Ca 92833** (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **OneWest Bank FSB**.

   b. Second deed of trust in favor of ____ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Kenny Steve Diaz<br>Janet Diaz<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 8:10-bk-10533-RK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Onewest Bank FSB<br>6900 Beatrice Drive.<br>Kalamazoo, MI 49002 | $2,513.33 | 1-15th February 2010 | 02/16/2010 |
|  | $2,513.33 | 1-15th March 2010 | 03/06/2010 |
|  | $2,513.33 | 1-15th April 2010 | 04/08/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Kenny Steve Diaz<br>Janet Diaz<br><div align="right">Debtor(s).</div> | CHAPTER 13<br>CASE NUMBER 8:10-bk-10533-RK |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  04/08/2010                          Signature  _Kenny Diaz_
                                                     Kenny Steve Diaz
                                                     Debtor

Date  04/08/2010                          Signature  _Janette Dis_
                                                     Janet Diaz
                                                     Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
4  Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)

5              UNITED STATES BANKRUPTCY COURT

6         CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

7
   In Re:                          CHAPTER 13
8                                  CASE NO: 8:10-bk-10533-RK
   Kenny Steve Diaz and Janet Diaz
9                                  DECLARATION RE: MORTGAGE PAYMENT SENT
          Debtor(s)                TO LENDER(s)
10                                 [NO HEARING REQUIRED]

11

12

13  I, Kenny Steve Diaz and Janet Diaz, am the debtor in this case, and the statements made herein are true

14  and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

15      On April 08, 2010 I purchased and sent the mortgage payment $2,513.33 to my lender Onewest

16  Bank FSB, to the following address:  6900 Beratrice Drive Kalamazoo, MI 49002. See attached copy of

17  the money order(s).

18      This payment is for the month of April, 2010.

19  I declare under penalty of perjury under the laws of the United States of America that the foregoing is

20  true and correct.

21
22  Dated: April 12, 2010              _Kenny Diaz_
                                            Debtor
23
24                                     _Janette Diaz_
25                                          Joint Debtor



Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1424601142

04/08/2010

California

Remitter KENNY S DIAZ

Pay To The Order Of   ONE WEST BANK FSB

$ **********2,513.33 ***

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

